FILED
CLERK, U.S. DISTRICT COURT

July 27, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECA ZIMERMAN, an individual;<br><br>Plaintiff,<br><br>v.<br><br>BODYCOTE THERMAL PROCESSING INC., a California Corporation; and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No. **2:20-CV-07229-SB-MAA**<br><br>**ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Filed:        July 1, 2020<br>Removed:  August 11, 2020<br><br>Judge:        Hon. Stanley Blumenfeld, Jr<br>Magistrate:  Hon. Maria A. Audero<br><br>Trial Date:   August 9, 2020 |

## ORDER

Based upon the settlement of the entire matter and the Joint Motion and Stipulation for Voluntary Dismissal agreed upon and executed by the parties, it is hereby ORDERED that the entire action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs.

Dated: July 27, 2021        By:_____
                                              Honorable Stanley Blumenfeld Jr.